**INLAND STEEL INDUSTRIES, INC., et al., Plaintiffs,**

v.

**UNITED STATES, Defendant,**

and

**Usinor Sacilor, et al., Defendant-Intervenors.**

**Slip Op. 97–168.**
**Court No. 93–09–00567–CVD.**

United States Court of
International Trade.

Dec. 5, 1997.

CARMAN, Chief Judge.

On June 2, 1997, this Court affirmed the Department of Commerce's determination in *Final Affirmative Countervailing Duty Determinations: Certain Steel Products from*

*France,* 58 Fed.Reg. 37,304 (Dep't Comm. 1993) (final determ.), with the exception of the issue of whether certain Credit National export loans discovered at verification conferred a countervailable benefit on Usinor Sacilor. At the request of the Department of Commerce, that issue was remanded for further consideration. *See Inland Steel Industries, Inc. v. United States,* 967 F.Supp. 1338, 1381 (CIT 1997). In compliance with this Court's remand order, the Department of Commerce filed its remand results on August 11, 1997. *See Final Results of Redetermination Pursuant to Court Remand: Inland Steel Industries, Inc., Et Al. v. United States, and Usinor Sacilor Et Al., Consol. Ct. No. 93–09–00567–CVD, Slip Op. 97–71 and Order (CIT June 2, 1997)* (dated July 7, 1997) ("*Remand Determination* ").

Noting that no parties to this action have filed comments on Commerce's *Remand Determination,* it is hereby

**ORDERED** that the results of the Department of Commerce's *Remand Determination* are affirmed.